IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
(LAS CRUCES)

| | | |
|---|---|---|
| THOMAS RODRIGUES, | ) | |
| | ) | Magistrate Judge Gregory B. Wormuth |
| Plaintiff, | ) | |
| | ) | Case No.: 2:21-cv-00663-GBW-SMV |
| v. | ) | |
| | ) | Magistrate Judge Stephan M. Vidmar |
| GATESTONE & CO. INTERNATIONAL, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER is before the Court on Defendant Gatestone & Co. International, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint [ECF 6] ("Motion"). The Court, having reviewed the record, finds the Motion to be well taken and **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Gatestone & Co. International, Inc.'s deadline to respond to the Complaint [ECF 1] shall be extended through and including **September 7, 2021.**

SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

| Submitted by: | Received by Email and Approved by: |
|---|---|
| *s/ Andrew E. Cunningham* | *s/ Nathan C. Volheim* |
| Andrew E. Cunningham | Nathan C. Volheim, Esq. |
| Sessions, Israel & Shartle, LLC | Atlas Consumer Law |
| 141 West Jackson Boulevard, Suite 3550 | Division of Sulaiman Law Ltd. |
| Chicago, IL 60604 | 2500 S. Highland Avenue, Suite 200 |
| (312) 578-0992 | Lombard, Illinois 60148 |
| acunningham@sessions.legal | Email: nvolheim@sulaimanlaw.com |
| *Attorney for Gatestone & Co. International, Inc.* | *Attorney for Plaintiff* |